UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MROTZ, PATRICIA HAMAN<br><br>Plaintiffs,<br><br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK; UNION PACIFIC RAILROAD COMPANY and DOES 1 to 100<br><br><br><br>Defendants.<br>_____/ | Case. No. 2:14-cv-01271-JAM-CKD<br><br><br><br>STIPULATION AND ORDER TO EXTEND DISCOVERY AND EXPERT WITNESS DISCLOSURE DATES |

| | |
|---|---|
| Jacob D. Flesher, Esq. CSB # 210565<br>Jeremy J. Schroeder, Esq.CSB # 223118<br>Flesher McKague, LLP<br>Attorneys for Defendants<br>193 Blue Ravine Road, Suite 265<br>Folsom, CA 95630<br>FAX (916) 673-9672<br>_____/ | Gregory J. Brod CSB # 184456<br>BROD LAW FIRM, P.C.<br>Attorneys for Plaintiffs<br>96 Jessie Street<br>San Francisco, CA 94105<br>FAX (415) 397-2121 |

Plaintiffs ROBERT MROTZ and PATRICIA HAMAN AND make the following

Defendants, the NATIONAL RAILROAD PASSENGER CORPORATION, doing

business as AMTRAK (hereinafter "AMTRAK") and UNION PACIFIC RAILROAD

COMPANY (hereinafter "UPRR"), by and thorough their respective attorneys, and

jointly stipulate as follows:

1. On or about July 25, 2014, this Court ordered the parties to designate expert witnesses on January 16, 2105 and expert rebuttal by January 23, 2015. In addition, all discovery was to be completed by March 13, 2015;

2. Counsel for defendants, Jacob Flesher and Jeremy Schroeder, were engaged in a civil trial from November 3, 2014 through December 11, 2014, which has impacted the parties ability to exchange discovery and prepare for expert disclosures as they are currently set. The parties have agreed that a continuation of the discovery dates below would be beneficial to all parties involved;

3. The parties have exchanged initial disclosures, pursuant to FRCP 26(a)(1), and have been "meeting and conferring" over the course of several months regarding documents, primarily due to the trial schedules of counsel for all parties;

4. The parties have agreed to the following dates:

    a. <u>Designation of Expert Witnesses</u>: March 12, 2105;

    b. <u>Expert Rebuttal due by</u>: March 20, 2015;

    c. <u>Discovery to be completed by</u>: April 10, 2015.

DATED: December ___, 2014					BROD LAW FIRM, PC.


							By _____
							GREGORY J. BROD, ESQ.
							Attorneys for plaintiffs
							ROBERT MROTZ and
							PATRICIA HAMAN

DATED: December ___, 2014					FLESHER McKAGUE LLP


							By _____
							JACOB D. FLESHER, ESQ.
							JEREMY J. SCHROEDER, ESQ.
							Attorneys for defendants,
							NATIONAL RAILROAD PASSENGER
							CORPORATION dba AMTRAK, and
							UNION PACIFIC RAILROAD COMPANY

DATED: 12/16/2014

/s/ John A. Mendez
JUDGE OF THE U.S. DISTRICT COURT