IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| ROBERT MROTZ; and, PATRICIA HAMAN, | **CASE NO. 2:14-CV-01271-JAM-CKD** |
| Plaintiffs, | **ORDER ON JOINT STIPULATION TO PERMIT EARLY SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE** |
| vs. | |
| NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK; UNION PACIFIC RAILROAD COMPANY; and, DOES 1 to 100, inclusive, | |
| Defendants. | |

**THE COURT**, having considered defendants, the NATIONAL RAILROAD PASSENGER CORPORATION, doing business as AMTRAK (hereinafter "AMTRAK") and UNION PACIFIC RAILROAD COMPANY (hereinafter "UPRR"), and plaintiffs, ROBERT MROTZ and PATRICIA HAMAN, Joint Stipulation for an early Settlement Conference ORDERS AS FOLLOWS:

The parties shall appear for an early settlement conference before the Honorable Carolyn Delaney, to be held on <u>March 6, 2015,</u> at <u>9:30 A.M.</u> in <u>courtroom 24</u>. Further, parties are to submit their mandatory confidential settlement conference statements no later than seven (7) days prior to the conference date.

///

Statements will be submitted to the court's designated email address: ckdorders@caed.uscourts.gov.

Dated:  December 18, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE