UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT MROTZ, PATRICIA HAMAN    Case. No. 2:14-cv-01271-JAM-CKD

Plaintiffs,

STIPULATION AND ORDER TO
EXTEND DISCOVERY AND
EXPERT WITNESS DISCLOSURE
DATES

v.

NATIONAL RAILROAD PASSENGER
CORPORATION, dba AMTRAK; UNION
PACIFIC RAILROAD COMPANY and
DOES 1 to 100

Defendants.

_____/

Jacob D. Flesher, Esq. CSB # 210565    Gregory J. Brod CSB # 184456
Jeremy J. Schroeder, Esq.CSB # 223118    BROD LAW FIRM, P.C.
Flesher McKague, LLP    Attorneys for Plaintiffs
Attorneys for Defendants    96 Jessie Street
2202 Plaza Drive    San Francisco, CA 94105
Rocklin, CA 95765    FAX (415) 397-2121
FAX (916) 673-9672

_____/

Plaintiffs ROBERT MROTZ and PATRICIA HAMAN AND make the following

Defendants, the NATIONAL RAILROAD PASSENGER CORPORATION, doing

business as AMTRAK (hereinafter "AMTRAK") and UNION PACIFIC RAILROAD

COMPANY (hereinafter "UPRR"), by and thorough their respective attorneys, and

jointly stipulate as follows:

1.  On or about July 25, 2014, this Court ordered the parties to designate expert witnesses on March 12, 2015 and expert rebuttal by March 20, 2015. In addition, all discovery was to be completed by April 10, 2015;

2.  Counsel for the parties have been exchanging information and documents informally and formally, have agreed to prioritize certain depositions and have otherwise worked cooperative to ready this matter for the settlement conference requested of the Court, set for March 6, 2015. The parties have, therefore, endeavored to ready the case while keeping costs and cooperation in mind;

3.  The parties have exchanged initial disclosures, pursuant to FRCP 26(a)(1), and have been exchanging documents and information as part of the discovery process, but several depositions and expert work will be needed if the matter cannot be resolved;

4.  For these reasons, the parties have agreed that a continuation of the discovery dates below would be beneficial to all parties involved; and,

5.  The parties have agreed to the following dates:

    a. Designation of Expert Witnesses: April 13, 2015;

    b. Expert Rebuttal due by: April 20, 2015;

    c. Discovery to be completed by: May 11, 2015.

DATED: February 2̶3̶ 2015

BROD LAW FIRM, PC.

By _____
GREGORY J. BRØD, ESQ.
Attorneys for plaintiffs
ROBERT MROTZ and
PATRICIA HAMAN

///

2

DATED: February 24, 2015                    FLESHER McKAGUE LLP

                                            By

                                                JACOB D. FLESHER, ESQ.
                                                JEREMY J. SCHROEDER, ESQ.
                                                Attorneys for defendants,
                                                NATIONAL RAILROAD PASSENGER
                                                CORPORATION dba AMTRAK, and
                                                UNION PACIFIC RAILROAD COMPANY

                                            JUDGE OF THE U.S. DISTRICT COURT

3