


APR - 6 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ____________
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT MROTZ, PATRICIA HAMAN

Plaintiffs,

v.

NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK; UNION PACIFIC RAILROAD COMPANY and DOES 1 to 100

Defendants.
_______________________________________/

Case. No. 2:14-cv-01271-JAM-CKD

STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF ROBERT MROTZ

Jacob D. Flesher, Esq. CSB # 210565
Jeremy J. Schroeder, Esq.CSB # 223118
Flesher McKague, LLP
Attorneys for Defendants
2202 Plaza Drive
Rocklin, CA 95765
FAX (916) 673-9672
_____________________________/

Gregory J. Brod CSB # 184456
BROD LAW FIRM, P.C.
Attorneys for Plaintiffs
96 Jessie Street
San Francisco, CA 94105
FAX (415) 397-2121

IT IS HEREBY STIPULATED by and between Plaintiffs, ROBERT MROTZ, PATRICIA HAMAN and ROGER HAMAN, and Defendants, NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK and UNION PACIFIC RAILROAD COMPANY, through their designated counsel, that ROBERT MROTZ, a plaintiff in the above-captioned action be hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure rule 41(a)(1). Each party agrees to bear their own fees and costs.

DATED: March 17, 2015

BROD LAW FIRM, PC.

By ______________________
GREGORY J. BROD, ESQ.
Attorneys for plaintiffs
ROBERT MROTZ,
PATRICIA HAMAN, and
ROGER HAMAN

DATED: March 17, 2015

FLESHER McKAGUE LLP

By ______________________
JACOB D. FLESHER, ESQ.
JEREMY J. SCHROEDER, ESQ.
Attorneys for defendants,
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK, and
UNION PACIFIC RAILROAD COMPANY

IT IS SO ORDERED:

Dated: ~~March~~ April 3, 2015

______________________
JUDGE OF THE U.S. DISTRICT COURT