UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MROTZ, PATRICIA HAMAN | Case. No. 2:14-cv-01271-JAM-CKD |
| Plaintiffs, | |
| | STIPULATION AND ORDER OF DISMISSAL |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK; UNION PACIFIC RAILROAD COMPANY and DOES 1 to 100 | |
| Defendants. | |

| | |
|---|---|
| Jacob D. Flesher, Esq. CSB # 210565 | Gregory J. Brod CSB # 184456 |
| Jeremy J. Schroeder, Esq.CSB # 223118 | BROD LAW FIRM, P.C. |
| Flesher McKague, LLP | Attorneys for Plaintiffs |
| Attorneys for Defendants | 96 Jessie Street |
| 2202 Plaza Drive | San Francisco, CA 94105 |
| Rocklin, CA 95765 | FAX (415) 397-2121 |
| FAX (916) 673-9672 | |

IT IS HEREBY STIPULATED by and between Plaintiff, PATRICIA HAMAN, and Defendants, NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK and UNION PACIFIC RAILROAD COMPANY, through their designated counsel, that the Court dismiss the above-entitled matter, with prejudice, pursuant to Federal Rules of Civil Procedure rule 41(a)(1). Each party agrees to bear their own fees and costs.

DATED:  April 7, 2015					BROD LAW FIRM, PC.


						By  /s/
						GREGORY J. BROD, ESQ.
						Attorneys for plaintiffs
						ROBERT MROTZ,
						PATRICIA HAMAN, and
						ROGER HAMAN



DATED:  April 23, 2015					FLESHER McKAGUE LLP


						By  /s/
						JACOB D. FLESHER, ESQ.
						JEREMY J. SCHROEDER, ESQ.
						Attorneys for defendants,
						NATIONAL RAILROAD PASSENGER
						CORPORATION dba AMTRAK, and
						UNION PACIFIC RAILROAD COMPANY



## ORDER

Pursuant to the foregoing, this Court dismisses the entire case with prejudice.

**IT IS SO ORDERED:**


Dated: 4/23/2015				/s/ John A. Mendez
						HON. JOHN A. MENDEZ
						JUDGE OF THE U.S. DISTRICT COURT